IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| RICKY MATLOCK and <br> BRIDGET MATLOCK, <br><br> Plaintiffs, <br><br> v. <br><br> ROUNDPOINT MORTGAGE SERVICING <br> CORPORATION, and EMBRACE HOME <br> LOANS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No.: 3:18-cv-00047 <br> ) Judge Aleta A. Trauger <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CORPORATE DISCLOSURE STATEMENT
## EMBRACE HOME LOANS, INC.

COMES NOW Defendant Embrace Home Loans, Inc. and files this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Embrace Home Loans, Inc. is a privately held corporation. There are no parent or publically held corporations owning 10% or more of its stock.

Respectfully submitted,

/s/ Shaun K. Ramey
Shaun K. Ramey, Esquire
TN Bar # 035574
Primary: shaun.ramey@arlaw.com
Secondary: angela.edwards@arlaw.com

ADAMS AND REESE LLP
424 Church Street, Suite 2700
Nashville, TN 37219
Tel: (615) 259-1024 / Fax: (615) 780-0015
*Attorney for RoundPoint Mortgage Servicing*
*Corporation and Embrace Home Loans, Inc.*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded to the following, by regular U.S. Mail or email where appropriate, on this 16th day of February, 2018:

Patrick Barrett, Esq.
Barrett Law Office, PLLC
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
pbarrett@barrettlawofficetn.com

Henry Todd, Esq.
TODD & SPENCER
404 East College Street
Dickson, TN 37055
henrytoddjr@bellsouth.com

/s/ Shaun K. Ramey
Shaun K. Ramey