UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICKY MATLOCK and BRIDGET MATLOCK,<br><br>　　Plaintiffs,<br><br>v.<br><br>ROUNDPOINT MORTGAGE SERVICING CORPORATION, EMBRACE HOME LOANS, INC., and LOANCARE, LLC,<br><br>　　Defendants. | Case No. 3:18-cv-0047<br><br>Judge Campbell<br>Magistrate Judge Newbern |

## ORDER

On October 9, 2018, Defendant LoanCare, LLC filed a motion to dismiss first amended complaint. (Doc. No. 38.) Pursuant to the initial case management order (Doc. No. 22), any response is to be filed within 28 days after filing of the motion. Any optional reply shall be filed within 14 days after filing of the response.

Any filings made related to the motions to dismiss, including motions for extensions of time or to exceed page limits, shall be decided by Judge Campbell unless referred to the undersigned magistrate judge.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge