UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICKY MATLOCK and BRIDGET MATLOCK,<br><br>Plaintiffs,<br><br>v.<br><br>ROUNDPOINT MORTGAGE SERVICING CORPORATION, et al.,<br><br>Defendants. | Case No. 3:18-cv-00047<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Newbern |

## ORDER

The Magistrate Judge held a telephonic case management conference with counsel for all parties except Loancare, LLC, on March 13, 2019. The parties report that discovery is progressing according to the dates established by the amended case management order (Doc. No. 44).

The parties shall meet and confer regarding recently identified discovery issues and, if they are unable to resolve their disputes, shall set a telephone conference with the Magistrate Judge at the earliest opportunity. The parties shall file a joint statement of the discovery dispute at least one day before the telephone conference.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge