# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ DISTRICT OF _____ TENNESSEE _____

RICKY MATLOCK, et al.

V.

ROUNDPOINT MORTGAGE SERVICING
CORPORATION, et al.

**NOTICE**

CASE NUMBER:   3:18-cv-00047

TYPE OF CASE:

X  **CIVIL**                    **CRIMINAL**

X  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|-------|----------|
|       | DATE AND TIME **April 8, 2019 at 1:00 p.m.  (Central time)** |

TYPE OF PROCEEDING

**TELEPHONE DISCOVERY CONFERENCE**

**The parties shall dial (888) 557-8511 and enter access code 7819165# to participate.**
**Counsel shall file a joint discovery dispute statement no later than 5:00 p.m. on April 5, 2019.**

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|-------|-----------------------------------|----------------------------|
|       |                                   |                            |

ALISTAIR E. NEWBERN, U.S. MAGISTRATE JUDGE
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 3, 2019
DATE

*Tina S. McDonald*
(BY) DEPUTY CLERK

TO:     All counsel of record via CM/ECF