UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICKY MATLOCK and BRIDGET MATLOCK,<br><br>Plaintiffs,<br><br>v.<br><br>ROUNDPOINT MORTGAGE SERVICING CORPORATION, et al.,<br><br>Defendants. | Case No. 3:18-cv-00047<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Newbern |

## ORDER

The Magistrate Judge held a telephone conference with counsel for the parties on April 8, 2019, regarding the issues raised in their joint discovery dispute statement (Doc. No. 55). At the conclusion of the conference, Defendant Loancare LLC agreed to produce certain discovery related to Plaintiffs' loan by April 17, 2019. If the parties remain in disagreement after the production of that information, they may set a second telephone conference with the Court. The parties may also move for a short extension of the discovery period to accommodate the production and review of these documents.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge