

3145 Avalon Ridge Place ⬥ Suite 100 ⬥ Peachtree Corners ⬥ GA ⬥ 30071
Phone: 770.246.3300 ⬥ Fax: 404.601.5846

BRET J. CHANESS  
PARTNER  
LICENSED IN GA AND TN

DIRECT LINE: (678) 281-2730  
DIRECT FAX: (404) 921-9016  
EMAIL: BCHANESS@RUBINLUBLIN.COM

June 13, 2019

**VIA CM/ECF ONLY**
The Office of Honorable William L. Campbell, Jr.
**Attn: Courtroom Deputy**
801 Broadway
Room A820/ Courtroom, A826
Nashville, TN 37203

      RE:    *Ricky Matlock, et al. v. Roundpoint Mortgage, et al.*
               Case No. 3:18-CV-00047
               Notice of Leave of Absence

Dear Deputy:

      Please allow this letter to serve as notice of my leave of absence. Because of my upcoming wedding and honeymoon, I will be out the country and unavailable to appear from July 2, 2019, though and including July 19, 2019. I serve as counsel in this action for Defendants LoanCare, LLC.

      If you have any questions or concerns, please do not hesitate to contact me at (678) 281-2730 or bchaness@rubinlublin.com. Thank you in advance for your assistance.

                              Sincerely,

                              */s/ Bret J. Chaness*

                              Bret J. Chaness