# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **RICKY MATLOCK and** | ) | |
| **BRIDGET MATLOCK,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No.: 3:18-cv-00047** |
| **v.** | ) | **Judge William L. Campbell, Jr.** |
| | ) | **Magistrate Alistair Newbern** |
| **ROUNDPOINT MORTGAGE SERVICING** | ) | |
| **CORPORATION; EMBRACE HOME** | ) | |
| **LOANS, INC.; and LOANCARE, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## JOINT MOTION TO MODIFY AGREED PROTECTIVE
## ORDER OF CONFIDENTIALITY

---

COME NOW all parties to this action consisting of Plaintiffs Ricky and Bridgett Matlock ("Plaintiffs"), on the one part, and Defendants Embrace Homes Loans, Inc. ("Embrace"), RoundPoint Mortgage Servicing Corporation ("RoundPoint"), and LoanCare, LLC ("LoanCare") (collectively, the "Defendants"), on the second part (Plaintiffs and Defendants shall collectively be referred to as the "Parties") and file this Joint Motion to Modify Agreed Protective Order of Confidentiality, originally entered by this Court on April 8, 2019 (Doc. 56), binding all Parties with the exception of LoanCare, and then re-entered on May 10, 2019 (Doc. 65), binding LoanCare (collectively, the "Protective Order"). In support of this motion, the Parties state that paragraph 6 of the Protective Order is inconsistent with Local Rule 5.03 and Section 5.07 of Administrative Order No. 167-1 concerning the process to be employed by any party wishing to file documents under seal. Accordingly, in order to comply with this Court's local rules and administrative orders, the Parties respectfully request that paragraph 6 of the

Protective Order be stricken and that any party wishing to file documents under seal follow the procedures set forth in the prior rules and orders.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFFS

/s/ Patrick Barrett
Patrick Barrett, Esq.
TN Bar # 020394
Primary:  pbarrett@barrettlawofficetn.com

BARRETT OFFICE LAW, PLLC
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215

/s/ Henry Todd
Henry Todd, Esq.
TN Bar # 005574

TODD & SPENCER
404 East College Street, Suite 1
Dickson, TN 37055
henrytoddjr@bellsouth.com

*Attorneys for Ricky Matlock and Bridget Matlock*

ATTORNEYS FOR DEFENDANTS

/s/ Shaun K. Ramey
Shaun K. Ramey, Esquire
TN Bar # 035574
Primary: sramey@mcglinchey.com
Secondary: cschafovaloff@mcglinchey.com

McGLINCHEY STAFFORD
424 Church Street, Suite 2000
Nashville, TN 37219
*Attorney for RoundPoint Mortgage Servicing Corporation and Embrace Home Loans, Inc.*

/s/ Bret J. Chaness
Bret J. Chaness, Esq.
TN Bar # 31643
Natalie K. Brown, Esq.
TN Bar # 22452
bchaness@rubinlublin.com
nbrown@rubinlublin.com

RUBIN LUBLIN TN, PLLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

RUBIN LUBLIN TN, PLLC
119 South Main Street, Suite 500
Memphis, TN 38103

*Attorneys for LoanCare, LLC*