ORDER:

The motion is **GRANTED**.

| | |
|---|---|
| **RICKY MATLOCK and BRIDGET MATLOCK,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | )<br>) |
| **ROUNDPOINT MORTGAGE SERVICING CORPORATION; EMBRACE HOME LOANS, INC.; and LOANCARE, LLC** | )<br>)<br>)<br>) |
| **Defendants.** | ) |

/s/ Alistair E. Newbern
Alistair E. Newbern
U.S. Magistrate Judge

**Case No.: 3:18-cv-00047**
**Judge William L. Campbell, Jr.**
**Magistrate Alistair Newbern**

---

### JOINT MOTION TO MODIFY AGREED PROTECTIVE ORDER OF CONFIDENTIALITY

---

COME NOW all parties to this action consisting of Plaintiffs Ricky and Bridgett Matlock ("Plaintiffs"), on the one part, and Defendants Embrace Homes Loans, Inc. ("Embrace"), RoundPoint Mortgage Servicing Corporation ("RoundPoint"), and LoanCare, LLC ("LoanCare") (collectively, the "Defendants"), on the second part (Plaintiffs and Defendants shall collectively be referred to as the "Parties") and file this Joint Motion to Modify Agreed Protective Order of Confidentiality, originally entered by this Court on April 8, 2019 (Doc. 56), binding all Parties with the exception of LoanCare, and then re-entered on May 10, 2019 (Doc. 65), binding LoanCare (collectively, the "Protective Order"). In support of this motion, the Parties state that paragraph 6 of the Protective Order is inconsistent with Local Rule 5.03 and Section 5.07 of Administrative Order No. 167-1 concerning the process to be employed by any party wishing to file documents under seal. Accordingly, in order to comply with this Court's local rules and administrative orders, the Parties respectfully request that paragraph 6 of the

2464870.1