UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **RICKY MATLOCK and** | ) | |
| **BRIDGET MATLOCK,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.: 3:18-cv-00047 |
| | ) | Judge William L. Campbell, Jr. |
| **ROUNDPOINT MORTGAGE** | ) | Magistrate Judge Newbern |
| **SERVICING CORPORATION,** | ) | JURY DEMAND |
| **EMBRACE HOME LOANS,** | ) | |
| **INC., and LOANCARE LLC,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE DOCUMENTS UNDER SEAL

Plaintiffs Ricky Matlock and Bridget Matlock ("Plaintiffs") respectfully.submit this Motion for Leave of Court to File Documents Under Seal.

In responding to Defendants' motions for summary judgment, Plaintiffs intend to rely on materials produced by Defendants in discovery that Defendants have designated as confidential pursuant to the protective order entered in this case. *See* Dkt. 56. Pursuant to this Court's order (Dkt. 86), Local Rule 5.03, and Section 5.07 of Administrative Order No. 167-1, Plaintiffs hereby seek leave of Court to file their summary judgment opposition papers under seal.

Respectfully submitted,

/s/ Patrick Barrett
Patrick Barrett (BPR # 020394)
Barrett Law Office, PLLC
4205 Hillsboro Pike
Suite 303
Nashville, Tennessee 37215
(615) 463-4000
*pbarrett@barrettlawofficetn.com*

/s/ Henry Todd, Jr.
Henry Todd, Jr. (BPR # 005574)
Todd & Spencer
404 East College Street
Dickson, Tennessee 37055
Nashville, TN 37214
(615) 446-0511
*henrytoddjr@bellsouth.net*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed and served upon the following counsel via the Court's electronic filing system and/or email on this 16th day of August, 2019.

Shaun K. Ramey
McGlinchey Stafford
424 Church Street, Suite 2000
Nashville, TN 37219
sramey@mcglinchey.com

Bret J. Chaness
Rubin Lublin TN, PLLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
bchaness@rubinlublin.com

/s/ Patrick Barrett