IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICKY MATLOCK and BRIDGET MATLOCK,<br><br>    Plaintiffs,<br><br>v.<br><br>ROUNDPOINT MORTGAGE SERVICING CORPORATION, EMBRACE HOME LOANS, INC., and LOANCARE, LLC,<br><br>    Defendants. | Case No. 3:18-cv-00047<br>Judge William L. Campbell, Jr.<br>Magistrate Judge Newbern |

## LOANCARE, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW, LoanCare, LLC ("LoanCare"), and pursuant to LR 5.03, hereby moves this Court for leave to file under seal. Specifically, LoanCare is seeking to file its Response to the Plaintiffs' Statement of Additional Material Facts under seal. Specifically, the following additional facts contain quotes from material designated as confidential by Defendants RoundPoint Mortgage Servicing Corporation and Embrace Home Loans, Inc.: 31, 32, 35, 37, 45, 56, and 60.

LR 5.03(b) provides that it shall be the burden of RoundPoint and Embrace (as the parties designating the material as confidential), and not LoanCare, to show whether the confidential material meets the requirements for filing under seal. Further, pursuant to LR 5.03(c), LoanCare is also filing a redacted copy of its Response to the Plaintiffs' Statement of Additional Material Facts.

1

WHEREFORE, LoanCare prays for relief as follows:

a) That, upon a proper showing by RoundPoint and Embrace pursuant to LR 5.03(a)-(b), this Court allow LoanCare's Response to the Plaintiffs' Statement of Additional Material Facts to be filed under seal; and

b) For any other relief that this Court deems just and proper.

Respectfully submitted, this 30th day of August 2019.

    */s/ Bret J. Chaness*
    BRET J. CHANESS (BPR # 31643)
    **RUBIN LUBLIN TN, PLLC**
    3140 Avalon Ridge Place, Suite 100
    Peachtree Corners, GA 30071
    (678) 281-2730 (Telephone)
    (404) 921-9016 (Facsimile)
    bchaness@rubinlublin.com

    *Attorney for LoanCare, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2019, I filed the within and foregoing document via the Court's CM/ECF system. Filing via the Court's CM/ECF system caused service of the aforementioned documents to be made electronically on the following attorneys for the Parties on this day: (1) Henry Todd, Jr., (2) Patrick M. Barrett, III; (3) Joseph V. Ronderos, Jr.; and (4) Shaun K. Ramey.

    */s/ Bret J. Chaness*
    BRET J. CHANESS (BPR # 31643)

2

Case 3:18-cv-00047   Document 95   Filed 08/30/19   Page 2 of 2 PageID #: 2125