IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICKY MATLOCK and<br>BRIDGET MATLOCK,<br><br>    Plaintiffs,<br><br>v.<br><br>ROUNDPOINT MORTGAGE SERVICING<br>CORPORATION, EMBRACE HOME LOANS<br>INC., and LOANCARE, LLC,<br><br>    Defendants. | Case No.: 3:18-cv-00047<br>Judge William L. Campbell, Jr.<br>Magistrate Alistair Newbern |

## ROUNDPOINT MORTGAGE SERVICING CORPORATION'S AND EMBRACE HOME LOANS, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL

COME NOW RoundPoint Mortgage Servicing Corporation ("RoundPoint") and Embrace Home Loans, Inc. ("Embrace") (collectively, "Defendants"), and pursuant to LR 5.03, hereby move this Court for leave to file under seal. Specifically, RoundPoint and Embrace are seeking to file their Response to the Plaintiffs' Statement of Additional Material Facts under seal. Specifically, the following additional facts contain quotes from material designated as confidential by RoundPoint and Embrace and subject to the previously entered Protective Order: 31, 32, 35, 37, 45, 56, and 60.

LR 5.03(b) provides that it shall be the burden of RoundPoint and Embrace (as the parties designating the material as confidential) to show whether the confidential material meets the requirements for filing under seal. Further, pursuant to LR 5.03(b), RoundPoint and Embrace are also filing a redacted copy of their Response to the Plaintiffs' Statement of Additional Material Facts.

WHEREFORE, RoundPoint and Embrace pray for relief as follows:

1

a) That, upon a proper showing by RoundPoint and Embrace pursuant to LR 5.03(a)-(b), this Court allows Defendants' Response to Plaintiffs' Statement of Additional Material Facts to be filed under seal; and

b) For any other relief that this Court deems just and proper.

Respectfully submitted, this 30th day of August, 2019.

Respectfully submitted,

By: /s/Shaun K. Ramey
Shaun K. Ramey (TN Bar # 035574)
Joseph V. Ronderos (TN Bar # 036179)
McGlinchey Stafford, PLLC
424 Church Street, Suite 2000
Nashville, TN 37219
(615) 762-9041
Fax: (615) 523-1646
Email: sramey@mcglinchey.com
Email: jronderos@mcglinchey.com
*Attorney for RoundPoint Mortgage Servicing Corporation and Embrace Home Loans, Inc.*

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded to the following, by email on this 30th day of August, 2019:

Patrick Barrett, Esq.
Barrett Law Office, PLLC
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
pbarrett@barrettlawofficetn.com

Henry Todd, Esq.
TODD & SPENCER
404 East College Street
Dickson, TN 37055
henrytoddjr@bellsouth.com

Bret J. Chaness, Esq.
RUBIN LUBLIN TN, PLLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
*Attorneys for LoanCare, LLC*
bchaness@rubinlublin.com

             /s/ Shaun K. Ramey
             Shaun K. Ramey