IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICKY MATLOCK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:18-cv-00047 |
| ) | |
| ROUNDPOINT MORTGAGE ) | JUDGE CAMPBELL |
| SERVICING CORPORATION, et al., ) | MAGISTRATE JUDGE NEWBERN |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Motion for Summary Judgement filed by Defendant LoanCare, LLC ("LoanCare") (Doc. No. 76), and the Motion for Summary Judgment filed by Defendants RoundPoint Mortgage Servicing Corporation ("RoundPoint") and Embrace Home Loans, Inc. ("Embrace") (Doc. No. 79). Plaintiffs filed Responses in Opposition (Doc. Nos. 88, 91) and Defendants filed Replies. (Doc. Nos. 98, 102). For the reasons set forth in the accompanying Memorandum, the Motion for Summary Judgement filed by Defendants RoundPoint and Embrace is **DENIED** as to Defendant RoundPoint and **GRANTED** as to Defendant Embrace, and Defendant LoanCare's Motion for Summary Judgment is **GRANTED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE