IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICKY MATLOCK and BRIDGET MATLOCK, <br><br> Plaintiffs, <br><br> v. <br><br> ROUNDPOINT MORTGAGE SERVICING CORPORATION, EMBRACE HOME LOANS INC., and LOANCARE, LLC, <br><br> Defendants. | Case No.: 3:18-cv-00047 <br> Judge William L. Campbell, Jr. <br> Magistrate Alistair Newbern |

## JOINT MOTION FOR STATUS CONFERENCE

**COME NOW** Plaintiffs Rick Matlock and Bridget Matlock; and Defendants RoundPoint Mortgage Servicing Corporation and Embrace Home Loans, Inc. (collectively, the "Parties"); and hereby move for this Court to set a telephonic status conference for the Parties to discuss pre-trial matters and pending motions. The Parties further state as follows:

1. This action is set for a jury trial on September 1, 2020. (Doc. 112).

2. The Parties desire to discuss with the Court the trial procedures that will be implemented in light of COVID-19 as well as some potential stipulations among the Parties in advance of the due dates for Proposed Pretrial Order and Exhibit List (August 17, 2020) and the Pretrial Conference that is scheduled to take place on August 24, 2020. (Doc. 112).

3. The Parties further seek to discuss with the Court the status of any other outstanding matters including the pending Renewed Motion of RoundPoint Mortgage Servicing Corporation ("RoundPoint") and Embrace Home Loans, Inc. for Filings to Remain Under Seal (Doc. 116, 118–19) and RoundPoint's Motion to Alter or Amend Judgment (Doc. 117, 120–21) (collectively, the "Motions") consistent with Local Rule 7.01. It is anticipated that the disposition of these Motions

1

will impact the pretrial preparation and the substance of the Proposed Pretrial Order and Exhibit List.

**WHEREFORE**, the Parties respectfully request that this Court set this action for a status conference to discuss the matters detailed herein (as well as any other pending matters before the Court) in advance of the deadlines for the Proposed Pretrial Order and Exhibit List (August 17, 2020) and the Pretrial Conference set for August 24, 2020.

Respectfully submitted,

By: */s/Shaun K. Ramey*
Shaun K. Ramey (TN Bar # 035574)
Joseph V. Ronderos (TN Bar # 036179)
McGlinchey Stafford, PLLC
424 Church Street, Suite 2000
Nashville, TN 37219
(615) 762-9041
Fax: (615) 523-1646
Email: sramey@mcglinchey.com
Email: jronderos@mcglinchey.com
*Attorneys for RoundPoint Mortgage Servicing Corporation and Embrace Home Loans, Inc.*

By: */s/Patrick Barrett (w/permission)*
Patrick Barrett, Esq.
Barrett Law Office, PLLC
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
pbarrett@barrettlawofficetn.com

Henry Todd, Esq.
TODD & SPENCER
404 East College Street
Dickson, TN 37055
henrytoddjr@bellsouth.com
*Attorneys for Plaintiffs*

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded to the following, by email on this 23rd day of July, 2020:

Patrick Barrett, Esq.
Barrett Law Office, PLLC
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
pbarrett@barrettlawofficetn.com

Henry Todd, Esq.
TODD & SPENCER
404 East College Street
Dickson, TN 37055
henrytoddjr@bellsouth.com

Bret J. Chaness, Esq.
RUBIN LUBLIN TN, PLLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
*Attorneys for LoanCare, LLC*
bchaness@rubinlublin.com

*/s/ Shaun K. Ramey*
Shaun K. Ramey