# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RICKY MATLOCK and BRIDGET MATLOCK, <br><br> Plaintiffs, <br><br> v. <br><br> ROUNDPOINT MORTGAGE SERVICING CORPORATION; EMBRACE HOME LOANS, INC.; and LOANCARE, LLC <br><br> Defendants. | Case No.: 3:18-cv-00047 <br> Judge William L. Campbell, Jr. <br> Magistrate Alistair Newbern |

**ROUNDPOINT MORTGAGE SERVICING CORPORATION'S MOTIONS IN LIMINE**

Comes Now, RoundPoint Mortgage Servicing Corporation ("RoundPoint"), by and through counsel, and hereby moves to exclude the following categories of evidence ("Motions in Limine"), which are more specifically detailed in RoundPoint's memorandum of law contemporaneously filed herewith:

1. **MOTION IN LIMINE 1:** Great American Insurance Policy ("Lender-Placed Insurance Policy") and Related Testimony;

2. **MOTION IN LIMINE 2:** Letter Responding to Notice of Error by Plaintiffs;

3. **MOTION IN LIMINE 3:** Testimony As To The Ultimate Issue Of Compliance With RESPA and Regulation X;

4. **MOTION IN LIMINE 4:** LoanCare's Policies and Procedures and Servicing Agreement;

5. **MOTION IN LIMINE 5:** Testimony of LoanCare's Corporate Representative Regarding Knowledge of RoundPoint's System;

1

6. **MOTION IN LIMINE 6:** Records Of Servicers Other Than RoundPoint That Do Not Reference or Concern RoundPoint Including the 2013 Transfer Notice Between The Other Servicers;

7. **MOTION IN LIMINE 7:** Any Exhibit Not Disclosed During Discovery;

8. **MOTION IN LIMINE 8:** Any Prior Lawsuits Against RoundPoint;

9. **MOTION IN LIMINE 9:** Offers Of Compromise Or Settlement;

10. **MOTION IN LIMINE 10:** RoundPoint's Wealth Or Financial Condition;

11. **MOTION IN LIMINE 11:** Records And Documents Not Properly Authenticated And For Which A Foundation Is Not Property Laid;

12. **MOTION IN LIMINE 12:** Improper Testimony By Lay Witnesses;

13. **MOTION IN LIMINE 13:** Undisclosed Expert Opinions;

14. **MOTION IN LIMINE 14:** Failure To Call Any Witnesses; and

15. **MOTION IN LIMINE 15:** Hearsay.

## CERTIFICATE OF CONSULTATION

Counsel for RoundPoint certifies to consulting with counsel for Plaintiffs on August 10, 2020, by telephone and email regarding these Motions in Limine.

**WHEREFORE**, RoundPoint respectfully requests that this Court enter an Order granting these Motions in Limine consistent with its memorandum of law that is contemporaneously filed herewith and that RoundPoint incorporates herein by reference.

Respectfully submitted,

By: */s/Joseph V. Ronderos*
Shaun K. Ramey (TN Bar # 035574)
Joseph V. Ronderos (TN Bar # 036179)
McGlinchey Stafford, PLLC
424 Church Street, Suite 2000
Nashville, TN 37219
(615) 762-9041
Fax: (615) 523-1646
Email: sramey@mcglinchey.com
Email: jronderos@mcglinchey.com
*Attorneys for RoundPoint Mortgage Servicing Corporation and Embrace Home Loans, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded to the following, by email on this 10th day of August, 2020:

Patrick Barrett, Esq.
Barrett Law Office, PLLC
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
pbarrett@barrettlawofficetn.com

Henry Todd, Esq.
TODD & SPENCER
404 East College Street
Dickson, TN 37055
henrytoddjr@bellsouth.com

Bret J. Chaness, Esq.
RUBIN LUBLIN TN, PLLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
*Attorneys for LoanCare, LLC*
bchaness@rubinlublin.com

*/s/ Joseph V. Ronderos*
Joseph V. Ronderos