IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICKY MATLOCK and ) <br> BRIDGET MATLOCK, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> ROUNDPOINT MORTGAGE SERVICING ) <br> CORPORATION, and EMBRACE HOME ) <br> LOANS, INC., ) <br>   ) <br> Defendants. ) | Case No.: 3:18-cv-00047 <br> Judge William L. Campbell, Jr. <br> Magistrate Alistair Newbern |

**ROUNDPOINT'S OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS**

Pursuant to the Court's Order dated February 5, 2021 (Doc. 133), RoundPoint Mortgage Servicing Corporation ("RoundPoint") (collectively, the "Parties"), by and through counsel, objects to the following deposition designations of the Plaintiffs:

**OBJECTIONS TO DEPOSITION DESIGNATIONS OF ALISON BIELBY**

1. Deposition of Allison Bielby attached as Exhibit A ("Depo. Bielby") pp. 57:18 – pp. 59:7.

**Objection:** RoundPoint objects to the designation of this deposition testimony based upon the grounds set forth its Motions in Limine ("MIL") No. 5 (LoanCare's Policies and Procedures and Servicing Agreement) and No. 7 (Records of Servicers Other than RoundPoint).

2. Depo. Bielby pp. 60:17–61:17.

**Objection:** RoundPoint objects to the designation of this deposition testimony based upon the grounds set forth its MIL No. 3 (Testimony As To Ultimate Issue), No. 5 (LoanCare's

1

Policies and Procedures and Servicing Agreement), No. 7 (Records of Servicers Other than RoundPoint), and No. 14 (Improper Lay Testimony).

3. Depo. Bielby pp. 83:24 – pp. 86:22.

**Objection:** RoundPoint objects to the designation of this deposition testimony based upon the grounds set forth its MIL No. 3 (Testimony As To Ultimate Issue), No. 5 (LoanCare's Policies and Procedures and Servicing Agreement), and No. 6 (Speculation About RoundPoint's System).

4. Depo. Bielby pp. 88:25 – pp. 89:3.

**Objection:** RoundPoint objects to the designation of this deposition testimony based upon the grounds set forth its MIL No. 3 (Testimony As To Ultimate Issue), No. 5 (LoanCare's Policies and Procedures and Servicing Agreement), and No. 6 (Speculation About RoundPoint's System).

5. Depo. Bielby pp. 89:12–22.

**Objection:** RoundPoint objects to the designation of this deposition testimony based upon the grounds set forth its MIL No. 3 (Testimony As To Ultimate Issue), No. 6 (Speculation About RoundPoint's System), and No. 14 (Improper Lay Testimony).

6. Depo. Bielby pp. 89:23 – pp. 90:22.

**Objection:** RoundPoint objects to the designation of this deposition testimony based upon the grounds set forth its MIL No. 3 (Testimony As To Ultimate Issue), No. 6 (Speculation About RoundPoint's System), and No. 14 (Improper Lay Testimony).

7. Depo. Bielby pp. 140:6–14.

**Objection:** RoundPoint objects to the designation of this deposition testimony based upon the grounds set forth its MIL No. 3 (Testimony As To Ultimate Issue).

8. Depo. Bielby pp. 145:14–147:11.

**Objection:** RoundPoint only objects to this testimony if the Parties are unable to come to an agreement on including the context of LoanCare's other documents and testimony being admitted to provide context to this testimony. RoundPoint reserves the right to further object to the admission of this testimony if Plaintiffs do not consent to the admission of the contextual testimony and documentation.

9. Depo. Bielby pp. 152:16–154:5.

**Objection:** RoundPoint objects to this testimony as wholly irrelevant. The designated testimony related to LoanCare's involvement in this case precipitated by a transfer of servicing, which is not relevant to the dispute between Plaintiffs and RoundPoint.

10. Depo. Bielby pp. 172:7–13.

**Objection:** RoundPoint objects to the designation of this deposition testimony based upon the grounds set forth its MIL No. 6 (Speculation About RoundPoint's System).

## **CERTIFICATE OF CONSULTATION**

Regarding these objections, counsel for RoundPoint certifies to conferring with counsel for Plaintiffs via email on April 22, 2021 and via phone call on April 26, 2021 pursuant to Local Rule 39.01(c)(4). Counsel will notify the Court of any agreement subsequent to this filing that is reached.

                ATTORNEYS FOR DEFENDANT

/s/ Shaun K. Ramey
Shaun K. Ramey, Esq.
TN Bar # 035574
Primary: sramey@mcglinchey.com
Secondary: cschafovaloff@mcglinchey.com

/s/ Joseph V. Ronderos
Joseph V. Ronderos, Esq.
TN Bar # 036179
Primary: jronderos@mcglinchey.com
Secondary: cschafovaloff@mcglinchey.com

McGLINCHEY STAFFORD
424 Church Street, Suite 2000
Nashville, TN 37219


*Attorney for RoundPoint Mortgage Servicing Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Patrick Barrett, Esq.
Barrett Law Office, PLLC
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
pbarrett@barrettlawofficetn.com

Henry Todd, Esq.
TODD & SPENCER
404 East College Street
Dickson, TN 37055
henrytoddjr@bellsouth.com

Bret J. Chaness, Esq.
RUBIN LUBLIN TN, PLLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
*Attorneys for LoanCare, LLC*
bchaness@rubinlublin.com

                                                */s/ Shaun K. Ramey*
                                                Shaun K. Ramey