IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RICKY MATLOCK, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NO. 3:18-cv-00047 |
| ROUNDPOINT MORTGAGE SERVICING CORPORATION, et al., | ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE NEWBERN |
| Defendants. | ) ) | |

## VERDICT FORM

1. Do you find that Defendant RoundPoint unreasonably failed to disburse funds from the Plaintiffs' escrow account for payment of Plaintiffs' hazard insurance premium in a timely manner?

    _____YES   \_\_X\_\_NO

    *If you answered "NO" to Question 1, stop, and have the foreperson sign and date this form and return it to the Court. If you answered "YES" to Question 1, proceed to Question 2.*

2. Do you find that Plaintiffs suffered actual damages as a result of Defendant RoundPoint's failure to comply with the Real Estate Settlement Procedures Act?

    _____YES   _____NO

    Please sign and date this form and return it to the Court.

    Jury Foreperson

    5-13-21
    Date