# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | DISTRICT |
|---|---|---|

| | | |
|---|---|---|
| Ricky Matlock and Bridget Matlock | | **EXHIBIT AND WITNESS LIST** |
| V. | | |
| RoundPoint Mortgage Servicing Cor | | Case Number: 3:18-cv-47 |

| PRESIDING JUDGE<br>William L. Campbell, Jr. | PLAINTIFF'S ATTORNEY<br>Patrick Barrett; Henry Todd; Phillip Mas | DEFENDANT'S ATTORNEY<br>Shaun Ramey; Joseph Ronderos |
|---|---|---|
| TRIAL DATE (S)<br>5/11/2021 - | COURT REPORTER<br>Patty Jennings | COURTROOM DEPUTY<br>Jill Jerkins |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 48 | | 5/11/2021 | yes | yes | Joint Factual Stipulations |
| | | | | | WIT: Ricky Matlock |
| 19 | | | yes | yes | State Farm Policy -- Matlocks |
| 1 | | | yes | yes | Notice of Mortgage Service Transfer to Loancare March 2013 |
| 2 | | | yes | yes | Notice of Mortgage Service Transfer to RoundPoint January 2016 |
| 3 | | | yes | yes | Introduction Letter from RoundPoint February 2016 |
| 24 | | | yes | yes | Letter from RoundPoint September 2016 |
| 6 | | | yes | yes | Bill from State Farm 2016 |
| | 1 | | yes | yes | Matlock Deed of Trust |
| | 3 | | yes | yes | Audio Recording of Phone Call, R. Matlock and RoundPoint Representative, October 2016 |
| | 4 | | yes | yes | Letter from RoundPoint December 2016 |
| | | | | | WIT: Alison Bielby by deposition |
| | 7 | | yes | yes | Loancare Notice of Change of Servicer (Contained in 4 Separate Binders) |
| | 8 | | yes | yes | Excerpt of Exhibit 7 - Loancare Notice of Change of Servicer, Matlocks |
| | | | | | WIT: Scott Johnson |
| 11 | | | yes | yes | RoundPoint Policy for Escrow Administration |
| 30 | | | yes | yes | Def Matlock 233: Reinstatement Doc, February 2017, Roundpoint to State Farm (Redacted) |
| 9 | | | yes | yes | Response to Notice of Error Request, September 2017 |
| 12 | | | yes | yes | Payment for Forced Place Insurance Policy from RoundPoint to Loan Protector |
| | | 5/12/2021 | | | WIT: Bridget Matlock |
| | | | | | PLAINTIFF RESTS |
| | | | | | DEFENDANT PROOF BEGINS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  2  Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Ricky Matlock and Bridget Matlock vs. RoundPoint Mortgage Servicing Cor — CASE NO. 3:18-cv-47 |
| | | | | | WIT: Scott Johnson |
| | 5 | | yes | yes | RoundPoint Notice of Requirement January 2017 |
| | 6 | | yes | yes | Fax from State Farm to RoundPoint, Renewal Certificate, February 2017 |
| | | | | | DEFENDANT RESTS |
| | | | | | PLAINTIFF REBUTTAL BEGINS |
| | | | | | WIT: Ricky Matlock |
| | | | | | PLAINTIFF RESTS |